# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALBERT KOETSIER, | |
| Plaintiff, | Case No.: 1:24-cv-00537 |
| v. | Judge Elaine E. Bucklo |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, March 14, 2024, at 9:45 a.m., Plaintiff, by Plaintiff's counsel, shall appear by remote means, before the Honorable Judge Elaine E. Bucklo of the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in the First Amended Schedule A.

Appearances in Court will not be required, and the Court will rule by written order. The presentment date is for tracking purposes only.

DATED: March 4, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois, 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified and provided for Defendants by third parties that includes a link to said website.

                                                    /s/ *Keith A. Vogt*
                                                    Keith A. Vogt, Esq.