IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALBERT KOETSIER,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00537

Judge Elaine E. Bucklo

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | TropicalLife |
| 5 | zejundianzishangwuxiaoshoubu |
| 15 | yuanzhououmoyingbaihuodian |
| 19 | Pavo LLC |
| 33 | FOLWEP |
| 47 | Shopping street |
| 54 | LOEAWA |
| 56 | Yike Jianshe |
| 65 | yafanbaihuo |
| 68 | wangyaoshangyemaoyi |
| 77 | beilvbaihuodian |
| 81 | AmoyStreet |
| 82 | USHALOKITTY |

| | |
|---|---|
| 83 | Momoyu |
| 84 | QETBGUJ |
| 88 | QUBin |
| 90 | SUABO |
| 91 | CFAUIRY |
| 97 | Foiosoh |
| 105 | SALAWA |
| 108 | tenerolike |
| 109 | Drawelry US |
| 112 | SheKin |
| 114 | TXX department store |
| 117 | Qzqk |
| 119 | My Daily |
| 121 | YIIYOUCAI |
| 123 | zhaidonghong |
| 140 | zhengduokeji |
| 141 | QIANDODUO |
| 143 | ZZHW |
| 144 | Yuihome |
| 145 | Plaaee |
| 147 | yidiz |
| 149 | DOENR |
| 150 | AXXJH |
| 164 | ingbags |
| 168 | Na Wang Ke Ji |
| 169 | Custom Universal |
| 170 | SSBHLE |
| 171 | NOVTO |
| 174 | PATWGNO-US |
| 176 | HAKASO |
| 183 | Chusheng |
| 188 | Fideen |

| | |
|---|---|
| 191 | JUMPFISH |
| 195 | Jkxwl |
| 197 | blpillow |
| 200 | CaLen |

DATED:  March 14, 2024      Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 14, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                      */s/ Keith A. Vogt*
                                                      Keith A. Vogt